UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES,
INC., d/b/a JET ICU,**

      Plaintiff and Petitioner,

vs.

                                Case No. 8:24-cv-

**WORLDWIDE INSURANCE SERVICES, LLC
D/B/A GEOBLUE,**

      Defendant and Respondent.
_____/

## PLANTIFF WORLDWIDE AIRCRAFT SERVICES, INC. d/b/a JETICU'S NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

    __X__    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Worldwide Aircraft Services, Inc. d/b/a Jet ICU v. Worldwide Insurance Services, LLC d/b/a GeoBlue, Case No. 8:24-cv-00840-TPB-CPT (M.D. FL), Judge Thomas Barber.

    _____    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted on January 21, 2025, by:

_____
Michael Brannigan, Esq.
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
MichaelBrannigan@jeticu.com
Legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)

*Counsel for Plaintiff and Petitioner Worldwide Aircraft Services, Inc. d/b/a JetICU*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the Defendant, Worldwide Insurance Services, LLC, d/b/a GEOBLUE's Registered Agent *Corporation Service Company*, 1201 Hays Street, Tallahassee, FL 32301 on January 21, 2025.

_____
Michael Brannigan, Esq.
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
MichaelBrannigan@jeticu.com
Legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)

*Counsel for Plaintiff and Petitioner Worldwide Aircraft Services, Inc. d/b/a JetICU*